IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LASHON PROCTOR | § | |
| | § | |
| V. | § | 1:04-CV-733 |
| | § | |
| THE BURLINGTON NORTHERN | § | |
| AND SANTA FE RAILWAY | § | |
| COMPANY d/b/a BURLINGTON | § | |
| NORTHERN SANTA FE | § | |

### FINAL JUDGMENT

Having granted a joint motion for dismissal with prejudice as to the claims against defendants, it is

**ORDERED, ADJUDGED,** and **DECREED** that all claims asserted against the above defendant are **DISMISSED**, with prejudice, and with all parties to pay their own costs of court.

SIGNED this __20__ day of December, 2006.

*Earl S. Hines*
Earl S. Hines
United States Magistrate Judge